UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA LIM, and RICHARD LIM,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC; ERWIN HYMER GROUP USA MANAGEMENT CORPORATION; and DOES ONE through TEN,<br><br>Defendants. | CASE NO. 2:18-cv-02283-MCE-KJN<br><br>**STIPULATION RE DISMISSAL OF IMPROPERLY NAMED DEFENDANT; ORDER**<br><br>Complaint Filed: July 23, 2018 |

BASED on the Stipulation re Dismissal of Improperly Named Defendant, ECF No. 9, IT IS HEREBY ORDERED that:

1. Plaintiffs will dismiss Erwin Hymer Group USA Management Corporation from this action.

2. Plaintiffs will have seven (7) days from the date of this order to amend the complaint to add Erwin Hymer Group North America, Inc. to this action.

IT IS SO ORDERED.

Dated: September 16, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE