| | |
|---|---|
| SANDRA LIM and RICHARD LIM,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC; ERWIN HYMER GROUP USA MANAGEMENT CORPORATION; and DOES ONE through TEN,<br><br>Defendants. | No. 2:18-cv-02283-MCE-KJN<br><br>**ORDER** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

John William Myers and Sean Davis Beatty, attorneys with the law firm of Beatty & Myers, LLP, counsel for Defendant Erwin Hymer Group North America, Inc. in these proceedings (hereinafter "Defendant's counsel"), now move to withdraw as said counsel. Defendant has filed no opposition to its counsels' request.

This motion is governed by the requirements of Local Rule 182(d), which provides that an attorney may not withdraw, leaving a client in propria persona, absent noticed motion and an affidavit from counsel showing the efforts made to provide notification of the attorney's intent to withdraw. Defendant Erwin Hymer Group North America, Inc.'s counsel have complied with those requirements and their request to withdraw is accordingly proper.

///

1

Because counsels' request is both procedurally correct and unopposed, their Motion to Withdraw as Counsel of Record for Defendant Erwin Hymer Group North America, Inc. (ECF No. 15) is GRANTED.[1] John William Myers and Sean Davis Beatty, attorneys with the law firm of Beatty & Myers, LLP, are consequently relieved as counsel of record for Defendant Erwin Hymer Group North America, Inc. effective upon the filing of a proof of service of this signed Order on said Defendant.

Defendant Erwin Hymer Group North America, Inc. is cautioned that as a business entity it cannot make any further appearance in this matter without counsel appearing on its behalf.

IT IS SO ORDERED.

Dated: May 13, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, this Court ordered the matter submitted on the briefs in accordance with Local Rule 230(g).

2